FENSTER *v.* LEARY, COMMISSIONER OF POLICE
OF THE CITY OF NEW YORK, ET AL.

No. 905.   Decided February 13, 1967.

*Emanuel Redfield* for appellant.

*J. Lee Rankin* for Leary, and *Louis J. Lefkowitz,*
Attorney General of New York, *Samuel A. Hirshowitz,*
First Assistant Attorney General, and *Joel Lewittes,*
Assistant Attorney General, for Koota, appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.

MR. JUSTICE DOUGLAS is of the opinion that probable
jurisdiction should be noted.

RISCH *v.* RISCH.

No. 963, Misc.   Decided February 13, 1967.

*Ted Musick* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.   Treat-
ing the papers whereon the appeal was taken as a petition
for a writ of certiorari, certiorari is denied.